# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED SEPTEMBER 19, 2025

---

## NO.  03-23-00535-CV

---

**Toan Ly, Appellant**

**v.**

**Hong Nguyen, Appellee**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART, REVERSED AND REMANDED IN PART –
OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the final decree signed by the trial court on June 7, 2023.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's final decree.  Therefore, we reverse the part of the decree setting the amount of appellee's child-support obligation and remand that issue for further proceedings.  All other challenged parts of the decree are affirmed.  Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.